**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO.2:10-CR-17-TJW-CE |
| | § | |
| FRANKLIN LEVERN TURNER | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND**
**FINDING DEFENDANT GUILTY**

On this day, the Court considered the Findings of Fact and Recommendation of United States

Magistrate Judge Charles Everingham IV regarding defendant's plea of guilty and allocution to

Count 1 of an indictment with a violation of 26 U.S.C. § 5861(d), possession of unregistered firearm.

Having conducted a proceeding in the form and manner prescribed by FED. R. CRIM. P. 11, the

Magistrate Judge recommends that the Court accept the defendant's guilty plea. The parties waived

their right to file objections to the Findings of Fact and Recommendation. The Court is of the

opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United

States Magistrate Judge, filed March 7, 2011, are hereby ADOPTED.

It is further ORDERED that, pursuant to defendant's plea agreement, the Court finds

defendant GUILTY of Count 1 of the indictment in the above-numbered cause.

SIGNED this 11th day of April, 2011.

T. JOHN WARD
UNITED STATES DISTRICT JUDGE